IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LILIA DIAZ AND<br>STEVE HERRERA<br><br>*Plaintiffs,*<br><br>VS.<br><br>KARAN SHARMA AND<br>GPEX TRANSPORT INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 5:23-cv-01013-JKP-HJB<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANTS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiffs Lilia Diaz and Steve Herrera ("Plaintiffs") and file this Motion to Dismiss with Prejudice as to Defendants Karan Sharma and GPEX Transport, Inc., and in support thereof will respectfully show the Court as follows:

Plaintiffs and Defendants have resolved all matters in controversy herein. Accordingly, Plaintiffs file this Motion to Dismiss with Prejudice and requests that the Court dismiss, with prejudice, all their respective claims and causes of action in this matter against Defendants Karan Sharma and GPEX Transport, Inc.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs Lilia Diaz and Steve Herrera respectfully request the Court grant this Motion to Dismiss with Prejudice, and enter an order that all claims and causes of action they have brought in this matter against Defendants Karan Sharma and GPEX Transport, Inc., be dismissed with prejudice to re-filing, with costs of court to be taxed against the party incurring them. Plaintiffs respectfully request such other and further relief to which they may be justly entitled.

       Respectfully Submitted,

       GUERRA, LLP

By:  <u>/s/ Jorge L. Mares</u>
    FRANCISCO GUERRA, IV
    State Bar No. 00796684
    fguerra@guerrallp.com
    JORGE L. MARES
    State Bar No. 24087973
    jmares@guerrallp.com
    JULIE A. MATSEN
    State Bar No. 24115654
    jmatsen@guerrallp.com
    875 East Ashby Place
    Suite 1200
    San Antonio, Texas 78212
    Telephone: (210) 447-0500
    Facsimile: (210) 447-0501

And

    GAMEZ LAW FIRM, P.C.
    JOSE L. RIOS, JR.
    State Bar No. 24098326
    jrios@jagamezlaw.com
    1119 Fresno Road
    San Antonio, Texas 78201
    Telephone: (210) 951-2024
    Facsimile: (210) 734-0100

    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on May 28, 2024.

    <u>/s/ Jorge Mares</u>
    JORGE L. MARES