**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**LILIA DIAZ, STEVE HERRERA,**

  *Plaintiffs*,

v.   Case No.  SA-23-CV-01013-JKP

**KARAN SHARMA, GPEX TRANSPORT, INC.,**

  *Defendants*.

# O R D E R

Having considered Plaintiffs Lilia Diaz and Steve Herrera's Motion to Dismiss with Prejudice, the Court finds that the motion should be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.    All claims and causes of action brought by Plaintiffs Lilia Diaz and Steve Herrera against Defendants Karan Sharma and GPEX Transport, Inc., are **DISMISSED** with prejudice to re-filing;

2.    Costs of Court are taxed against the party incurring them; and

3.    As the Court intends for this Order Dismissing All Claims with Prejudice to be a final judgment, any relief not expressly granted herein is **DENIED**.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 29th day of May, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE